# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**United States of America**

vs.

**Smith & Dew, Inc, et al**

Action No: 7:16-cv-000334
Date: 7/5/2018
Judge: Elizabeth K. Dillon
Court Reporter: Janelle Mundy
Deputy Clerk: K. Brown

Plaintiff Attorney(s)
Joe Mott, ph

Defendant Attorney(s)
Emma Kozlowski, ph

PROCEEDINGS:
11:00
Parties present and represented by counsel.
Status conference.
Order forthcoming.
Adjourned.
11:10

Time in Court: 10 min